Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RONNIE WASHINGTON and FARA WASHINGTON<br><br>Plaintiffs,<br><br>vs.<br><br>J.P. MORGAN CHASE BANK NATIONAL ASSOCIATION; and DOES1-100, Inclusive,<br><br>Defendants. | Case No. EDCV12-1864-RGK-(DTBx)<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] JUDGMENT** |

IR01DOCS\592157.1

WHEREAS, on December 17, 2012, the Court granted a Motion to Dismiss Plaintiffs Ronnie Washington and Fara Washington's Complaint, without leave to amend. *See* Court Docket No. 14. The Motion to Dismiss was brought by Defendant JPMorgan Chase Bank, N.A. (erroneously sued as J.P. Morgan Chase Bank, National Association).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   NOW, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that
2 all claims in the Complaint of Plaintiffs Ronnie Washington and Fara Washington
3 are DISMISSED with prejudice as to Defendant JPMorgan Chase Bank, N.A.
4 (erroneously sued as J.P. Morgan Chase Bank, National Association).

6   **SUCH JUDGMENT IS HEREBY ENTERED.**

Dated: February 25, 2013

*[signature: Gary Klausner]*

Hon. R. Gary Klausner
United States District Court Judge
Central District of California